IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
DEC 2 0 2022
CLERK, U S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| LUZ ARROYO, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:22-CV-00093-LY |
| | § | |
| UNUM LIFE INSURANCE | § | |
| COMPANY OF AMERICA, | § | |
| DEFENDANT. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. On December 15, 2022, the parties filed a Stipulation of Dismissal with Prejudice (Doc. #12). Accordingly,

**IT IS ORDERED** that the Final Pretrial Conference scheduled for July 28, 2023, at 3:00 p.m. is **CANCELED**.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this _____ day of December, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE